IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD L. JACKSON                                                                    PLAINTIFF

VS.                                          5:01CV00332

HOME CHOICE, INC. d/b/a RENT-WAY, INC.                              DEFENDANT

## ORDER

Pending is Defendant's motion to compel. (Docket # 50). Plaintiff has responded. Defendant seeks information regarding Plaintiff's witnesses and information relating to Plaintiff's wages and salary. For good cause shown, Defendant's motion is granted.

Plaintiff is directed to provide to Defendant an updated list of witnesses Plaintiff anticipates calling as witnesses at trial, including accurate contact information. Plaintiff is cautioned that any witness not disclosed could be precluded from testifying at trial. Plaintiff is also directed to provide federal and state income tax returns as well as wage and salary information such as W-2's or 1099 forms from January 1, 1998 to September 21, 2004. Plaintiff should provide the information and updated witness list on or before August 30, 2005.

IT IS SO ORDERED this 2nd day of August, 2005.

_____
James M. Moody
United States District Judge